IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:01CR167 |
| | ) | (WO) |
| WILLIE TERRELL JACKSON | ) | |

**ORDER**

This cause is before the court on a pro se motion for Nunc Pro Tunc Reconsideration to Run Federal Sentence Currently with State Sentence (Doc. #67).

The Defendant asks the court to modify the sentence imposed in this court on October 15, 2002 so that it runs concurrent with the sentence imposed on him in state court on December 6, 2001. The Defendant's requested relief does not meet the requirements of Rule 35 of the Rules of Criminal Procedure for modifying a sentence. In addition, the sentence imposed in this court to run concurrent with the state sentence is within 18 U.S.C. §3582(c) and reasonable under 18 U.S.C. §3553. *See, e.g.*, *United States v. Wright*, 611 F. App'x 558, 565 (11th Cir. 2015) (stating that a consecutive sentence was within 18 U.S.C. §3584(a) because the undischarged terms of imprisonment in state court were based on unrelated conduct and were imposed at different times from the federal sentence).

Accordingly, the Motion is hereby ORDERED DENIED.

Done, this 7th day of June 2018.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE